UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOSE GRULLON,         Petitioner | : : : |
| v. | : File No. 1:05-CR-73-01 : |
| UNITED STATES OF AMERICA,         Respondent | : : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 7, 2008. (Doc. 57).  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  Petitioner's motion for a sentence adjustment (Paper 55) is DENIED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 30th day of April, 2008.

                                 /s/ J. Garvan Murtha
                                 J. Garvan Murtha
                                 United States District Judge